1084

No. 97–8046. HAYES v. WESTERN WEIGHING AND INSPECTION BUREAU. C. A. 5th Cir. Certiorari denied.

No. 97–8058. McLAVEY v. OREGON. Ct. App. Ore. Certiorari denied.

No. 97–8060. ENOCH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8068. SHELLITO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8073. GARCIA v. DATILLO ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–8103. KIDD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8124. WEYMAN v. MIFFLIN COUNTY, PENNSYLVANIA, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 97–8128. M. L. MC., A MINOR v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–8137. CAMPBELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8146. SANDOVAL MACIAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–8147. LEE v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC/CLASSIFICATION CENTER AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8163. SHAUGHNESSY v. CITY OF LACONIA. Sup. Ct. N. H. Certiorari denied.

No. 97–8169. CROOKS v. WILLIAMS. C. A. 4th Cir. Certiorari denied.

No. 97–8185. POWELL v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.